ALLISON A. DAVIS (CA State Bar No. 139203)
SANJAY M. NANGIA (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
sanjaynangia@dwt.com

*Attorneys for St. Joseph Defendants and Individual Defendants James, Flowers, Hatchimonji, and Fraser*

[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAHIDULLAH MEDICAL CORP, <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH HOSPITAL OF EUREKA, et al., <br><br> Defendants. | Case No. 18-cv-02074-EMC <br><br> **STIPULATION REGARDING SERVICE OF COMPLAINT, CASE MANAGEMENT CONFERENCE ORDER, AND STANDING ORDERS; AND DEADLINE TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff Wahidullah Medical Corp. filed a complaint in the above-captioned case against Defendants on April 5, 2018 ("Complaint"); and

Plaintiff requested all Defendants, some of whom are individuals, to execute a waiver of service of the summons via mail pursuant to Fed. R. Civ. P. 4(d); and

All Defendants intended to comply with the waiver of service but certain Defendants have been unable to locate and execute the requests to waive service; and

Plaintiffs were directed by this Court to serve the Court's CMC order and Standing Orders on all parties, and to file proof of such service; and

The parties wish to resolve technicalities related to formal service of the complaint (and CMC order and standing orders) and set a global response date for efficiency and coordination purposes;

THEREFORE, IT IS STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients as follows:

1. Defendants agree to waive service of process of the Complaint, CMC Order, and this Court's Standing Orders, which defense counsel have reviewed.

2. Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint will be June 29, 2018. Defendants currently intend to file a motion to dismiss, and accordingly the parties have agreed to the following briefing schedule:

- Motion to Dismiss Deadline: June 29, 2018
- Opposition Deadline: August 3, 2018
- Reply Deadline: August 17, 2018
- Hearing: ~~August 30, 2018~~ September 6, 2018 at 1:30 pm (or other date agreeable to the Court).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

July 12, 2018 CMC reset to September 6, 2018 at 1:30 p.m. Joint CMC statement due August 30, 2018.

DATE: 5/18/18

_____
EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED, MODIFIED

| | | |
|---|---|---|
| 1 | DATED this 17th day of May 2018 | Respectfully submitted, |
| 2 | | DAVIS WRIGHT TREMAINE LLP |
| 3 | | |
| 4 | | By: */s/ Sanjay M. Nangia*<br>    Sanjay M. Nangia |
| 5–9 | | *Attorneys for St. Joseph Hospital of Eureka, St. Joseph Health Northern California, LLC, St. Joseph Health System, St. Joseph Health, St. Joseph Heritage Healthcare, Providence St. Joseph Health Network, Providence St. Joseph Health, Amanda James, NP, Amber Flowers, FNP, Rachel Hatchimonji, FNP, and Robin Fraser, PA-C* |
| 10 | DATED this 17th day of May 2018 | Respectfully submitted, |
| 11–12 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 13–14 | | By: */s/ David R. Garcia*<br>    David R. Garcia |
| 15–18 | | *Attorneys for Humboldt Medical Specialists, Inc., John Aryanpur, MD, Petra Kuhfahl, MD, Bruce Kessler, MD, Stuart Cataldo, MD, Alexey Shereshevsky, MD, Gregory Holst, MD, Caroline Connor, MD, Steven Korenstein, MD, Leo Leer, MD, Allan Wilke, MD, and Miriam Steinberg, DO* |
| 19 | DATED this 17th day of May 2018 | Respectfully submitted, |
| 20 | | By: */s/ Francis O. Scarpulla* |
| 21–26 | | Francis O. Scarpulla (State Bar No. 41059)<br>Patrick B. Clayton (State Bar No. 240191)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>456 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone:   (415) 788-7210<br>Facsimile:    (415) 788-0706<br>Email:   fos@scarpullalaw.com<br>             pbc@scarpullalaw.com |
| 27–28 | | Attorneys for Plaintiff<br>WAHIDULLAH MEDICAL CORP.,<br>  d/b/a REDWOOD URGENT CARE AND LABORATORY |

## ATTESTATION OF CONCURRENCE IN THE FILING

I, Sanjay M. Nangia, an ECF User whose ID and password are being used to file this STIPULATION in compliance with N.D. Cal. Civil Local Rule 5-1(i)(3), attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 17, 2018                    By: /s/*Sanjay Nangia*