Douglas C. Ross (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 757-8135
Facsimile: (206) 767-7135
Email: douglasross@dwt.com

ALLISON A. DAVIS (CA State Bar No. 139203)
SANJAY M. NANGIA (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
         sanjaynangia@dwt.com

*Attorneys for St. Joseph Defendants and Individual Defendants James, Flowers, Hatchimonji, and Fraser*

[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAHIDULLAH MEDICAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH HOSPITAL OF EUREKA, *et al.*, <br><br> Defendants. | Case No. 18-cv-02074-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE HEARING DATE AND MOTION TO DISMISS HEARING DATE** |

WHEREAS, the parties previously stipulated to a briefing schedule and hearing date for Defendants' Motion to Dismiss; and

The Court adopted the stipulation but moved the hearing on Defendants' Motion to Dismiss as well as the Initial Case Management Conference ("CMC") to September 6, 2018; and

Not all necessary counsel is available on September 6, 2018; and

All necessary counsel is available on September 27, 2018;

THEREFORE, IT IS STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients as follows:

1. The CMC and hearing for Defendants' Motion to Dismiss will be moved to September 27, 2018 at 1:30 p.m.;

2. The parties' briefing schedule, which was set according to the parties' Stipulation (Dkt. No. 15), will remain unchanged.

DATED this 5th day of June 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Sanjay M. Nangia*
Sanjay M. Nangia

*Attorneys for St. Joseph Hospital of Eureka, St. Joseph Health Northern California, LLC, St. Joseph Health System, St. Joseph Health, St. Joseph Heritage Healthcare, Providence St. Joseph Health Network, Providence St. Joseph Health, Amanda James, NP, Amber Flowers, FNP, Rachel Hatchimonji, FNP, and Robin Fraser, PA-C*

| | | |
|---|---|---|
| 1 | DATED this 5th day of June 2018 | Respectfully submitted, |
| 2 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ David R. Garcia*<br>David R. Garcia |
| 6 | | *Attorneys for Humboldt Medical Specialists, Inc., John Aryanpur, MD, Petra Kuhfahl, MD, Bruce Kessler, MD, Stuart Cataldo, MD, Alexey Shereshevsky, MD, Gregory Holst, MD, Caroline Connor, MD, Steven Korenstein, MD, Leo Leer, MD, Allan Wilke, MD, and Miriam Steinberg, DO* |
| 11 | DATED this 5th day of June 2018 | Respectfully submitted, |
| 12 | | By: */s/ Francis O. Scarpulla* |
| 13 | | Francis O. Scarpulla (State Bar No. 41059)<br>Patrick B. Clayton (State Bar No. 240191)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>456 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 788-7210<br>Facsimile:  (415) 788-0706<br>Email:  fos@scarpullalaw.com<br>     pbc@scarpullalaw.com |
| 19 | | Attorneys for Plaintiff<br>WAHIDULLAH MEDICAL CORP., d/b/a REDWOOD URGENT CARE AND LABORATORY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 6/7/2018

EDWARD  
United Sta

*IT IS SO ORDERED*  
Judge Edward M. Chen  
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

(left margin: DAVIS WRIGHT TREMAINE LLP)

2
STIPULATION REGARDING CMC AND MTD HEARING DATE
Case No. 18-cv-02074-EMC

**ATTESTATION OF CONCURRENCE IN THE FILING**

I, Sanjay M. Nangia, an ECF User whose ID and password are being used to file this STIPULATION in compliance with N.D. Cal. Civil Local Rule 5-1(i)(3), attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 5, 2018  By: /s/*Sanjay Nangia*