1  [Counsel Listed on Signature Page]

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   THE NORTHERN DISTRICT OF CALIFORNIA

10

11  WAHIDULLAH MEDICAL CORP,                Case No. 18-cv-02074-EMC
                                            AND ORDER AS MODIFIED
12           Plaintiff,                     **STIPULATION REGARDING MOTION
                                            TO DISMISS BRIEFING, HEARING,**
13        v.                                **AND CASE MANAGEMENT
                                            CONFERENCE**
14  ST. JOSEPH HOSPITAL OF EUREKA, et al.,

15           Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, Defendants on June 29, 2018 filed a joint motion to dismiss (Dkt. 22) Plaintiff's Complaint; and

The Court has adopted the parties' previously-stipulated schedule (Dkt. 21) for the briefing on the motion, and set a hearing date for the motion and Initial Case Management Conference for September 27, 2018; and

The parties desire more time to brief the motion and to continue to explore a potential resolution to the matter;

THEREFORE, IT IS STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients as follows:

1. Plaintiffs shall have until September 5, 2018 to respond to Defendants' joint motion to dismiss;

2. Defendants shall have until October 5, 2018 to reply to Plaintiffs' response;

3. The hearing on the joint motion to dismiss and the Initial Case Management Conference is continued to ~~October 26, 2018~~ November 1, 2018, at 1:30 p.m., or such other date and time convenient to the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATE: _August 1, 2018_ _____

_____

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

DATED this 1st day of August 2018

Respectfully submitted,


By: _/s/ Francis O. Scarpulla_ _____

Francis O. Scarpulla (State Bar No. 41059)
Patrick B. Clayton (State Bar No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:      (415) 788-7210
Facsimile:       (415) 788-0706
Email:      fos@scarpullalaw.com
                pbc@scarpullalaw.com

Attorneys for Plaintiff
WAHIDULLAH MEDICAL CORP.,
  d/b/a REDWOOD URGENT CARE AND
  LABORATORY

DATED this 1st day of August 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:   */s/ Sanjay M. Nangia*
      Sanjay M. Nangia

*Attorneys for St. Joseph Hospital of Eureka,
St. Joseph Health Northern California, LLC,
St. Joseph Health System, St. Joseph Health,
St. Joseph Heritage Healthcare, Providence
St. Joseph Health Network, Providence St.
Joseph Health, Amanda James, NP, Amber
Flowers, FNP, Rachel Hatchimonji, FNP, and
Robin Fraser, PA-C*

DATED this 1st day of August 2018

Respectfully submitted,

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By:   */s/ David R. Garcia*
      David R. Garcia

*Attorneys for Humboldt Medical Specialists,
Inc., John Aryanpur, MD, Petra Kuhfahl, MD,
Bruce Kessler, MD, Stuart Cataldo, MD,
Alexey Shereshevsky, MD, Gregory Holst,
MD, Caroline Connor, MD, Steven
Korenstein, MD, Leo Leer, MD, Allan Wilke,
MD, and Miriam Steinberg, DO*

STIPULATION REGARDING MOTION TO DISMISS BRIEFING, HEARING, AND CMC
Case No. 18-cv-02074-EMC

**ATTESTATION OF CONCURRENCE IN THE FILING**

I, Francis O. Scarpulla, an ECF User whose ID and password are being used to file this STIPULATION in compliance with N.D. Cal. Civil Local Rule 5-1(i)(3), attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 1, 2018                                    By: */s/Francis O. Scarpulla* _